1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
**BALJIT SINGH,**                          Case No. 2:16-cv-2517 GEB AC P
12
                              Petitioner,    [PROPOSED] **ORDER**
13
14                    **v.**

15    **RON RACKLEY, Warden,**

16                              Respondent.

17

18        Good cause appearing, the time for the filing of Respondent's responsive pleading is

19    enlarged to and including March 3, 2017.

20    DATED: January 30, 2017

21                                    _____
                                      ALLISON CLAIRE
22                                    UNITED STATES MAGISTRATE JUDGE

23
24
25
26
27
28

                                      1