UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT SINGH,<br><br>  Petitioner,<br><br>  v.<br><br>RON RACKLEY, Warden,<br><br>  Respondent. | No. 2:16-cv-2517 KJM AC P<br><br><br><u>ORDER</u> |

Petitioner, a state prisoner proceeding through counsel, has filed this application for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 6, 2020, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 16. Petitioner has filed objections to the findings and recommendations. ECF No. 17.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 6, 2020, are adopted in full;

2. The petition for writ of habeas corpus is denied; and

3. The court issues a certificate of appealability on the question whether, within the confines of the Sixth Amendment right to counsel, a readily available mental state defense can be withheld at the guilt phase in order to avoid the duplication of similar testimony at the sanity phase.  *See* 28 U.S.C. § 2253.

DATED: November 30, 2020.

CHIEF UNITED STATES DISTRICT JUDGE